preme Court, Appellate Division, Third Department. January 6, 1909.) Action by Albert A. Vaughn against the Glens Falls Portland Cement Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 59 Misc. Rep. 230, 112 N. Y. Supp. 240.

WAHLIG v. WAHLIG. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Rose Wahlig against Frank A. Wahlig. No opinion. Motion granted, with $10 costs. Order filed.

In re WALLACE. (Supreme Court, Appellate Division, Second Department. December 10, 1908.) In the matter of the application of Dana Wallace for a writ of mandamus requiring the board of county canvassers of the county of Queens to compare the statement of canvass, etc., with the original tally sheets, etc. No opinion. Order affirmed on argument, without prejudice and without costs.

WATKINS, Appellant, v. DELAHUNTY, Respondent. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) Action by Thomas C. Watkins against John Delahunty. No opinion. Reargument ordered, and case set down for Thursday, January 14, 1909. See, also, 108 N. Y. Supp. 619.

WARING, Appellant, v. ASPINWALL, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Ida S. Waring, as executrix, etc., of Milton V. Waring, deceased, against John Aspinwall. No opinion. Order setting aside verdict and granting new trial affirmed, with costs.

WEEKS v. FRANKEL. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Charles M. Weeks, as surviving trustee under the last will and testament of George W. Weeks, deceased, against Julia Frankel. No opinion. Motion for leave to appeal to the Court of Appeals granted, without costs, and order signed.

WEIGAND, Respondent, v. HIPPOLD, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by John K. Weigand against Carrie Hippold.
PER CURIAM. Judgment of the Municipal Court affirmed, with costs.
WOODWARD, J., dissents.

WEIL et al. v. CENTRAL VERMONT R. CO. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Emil Weil and others against the Central Vermont Railroad Company. No opinion. Motion denied, with $10 costs. Order filed.

WEINER, Respondent, v. GROSSMAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Harry Weiner against Louis Grossman. No opinion. Judgment of the Municipal Court affirmed, with costs.

WEIS v. EDELSTEIN. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Jacob Weis against Bernard Edelstein. No opinion. Motion denied. Order filed.

WEISS, Respondent, v. PRUDENTIAL INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Action by Herman Weiss against the Prudential Insurance Company. W. O. Campbell, for appellant. E. W. Drucker, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WEITZMANN, Respondent, v. A. L. BARBER ASPHALT CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Frank C. Weitzmann, Jr., by Frank C. Weitzmann, his guardian ad litem, against the A. L. Barber Asphalt Company. No opinion. Motion denied, without costs.

WELLS, Respondent, v. HOWARD et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Charles M. Wells against William J. Howard and another. No opinion. The verdict was against the weight of the evidence, and for that reason the judgment and order are reversed, and a new trial is granted, on condition that the plaintiff pay the costs of the trial and the disbursements to date.

WIENER v. BASS et al. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by George Wiener against Rosabella Bass and others. No opinion. Judgment affirmed, with costs.

WILEY, Respondent, v. NASSAU ELECTRIC R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) Action by Kittie G. Wiley against the Nassau Electric Railroad Company and another. No opinion. Order affirmed, with $10 costs and disbursements.

WILKENS, Respondent, v. AMERICAN BANK OF TORREON, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by John A. Wilkens against the American Bank of Torreon. G. T. Hogg, for appellant. M. Mackenzie, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WILLIAMS, Appellant, v. PILLING et al., Respondents. (Supreme Court, Appellate Divi-